UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00133-1 |
| | ) | JUDGE HAYNES |
| ERIC ETAY LAWRENCE, SR. | ) | |

## ORDER

Pending before the Court is a petition filed by the United States Probation Officer reporting that the defendant, Eric Etay Lawrence, Sr.[1], has violated the following conditions of his supervised release ordered by the Court on April 23, 2010.

No. 1. On Saturday July 27, 2013, the defendant left the judicial district with the permission of the Court or Probation Officer by being found in Roanoke Rapids, North Carolina.

No. 2. The defendant associated with persons engaged in criminal activity on Saturday July 27, 2013, by associating with Tashienda Lavain Goode, who was engaged in criminal activity and with Raymond Antwaine Winston, a convicted felon, without permission.

No. 3. The defendant failed to work at a lawful occupation by quitting his job on March 21, 2013.

No. 4. The defendant failed to participate in a program approved by the Probation Office for substance abuse. The defendant also tested positive for marijuana on February 14 and March 11, 2013. The defendant was subsequently referred to Centerstone and was reported to have failed to attend treatment on June 7, 2013 and refused to participate in treatment on August 8, 2013.

The defendant **admits to violation numbers 3 and 4** as alleged in the petition. The defendant does not admit to violation numbers 1 and 2 as alleged in the petition. The parties, including the United States Probation Office, have agreed that the defendant's conditions of supervised release should be REVOKED and he is HEREBY sentenced to a term of imprisonment of 8 months in the Federal Bureau

---

[1] The defendant is listed as Erie Etay Lawrence on the Supervised Release Petition (D.E. 3).

of Prisons with no further term of supervised release to follow. It is FURTHER ORDERED that the defendant be allowed to self report not later than **2:00 p.m. October 30, 2013** to the institution designated by the Federal Bureau of Prisons.

IT IS SO ORDERED.

ENTERED this 30th day of September, 2013.

WILLIAM J. HAYNES, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Approved:

*/s Ronald C. Small*
RONALD C. SMALL
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
Attorney for Marquis Dunn


DAVID RIVERA
United States Attorney for the
Middle District of Tennessee


*/s Sandra G. Moses*
SANDRA G. MOSES
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151
Attorney for the United States